JS-6 / ENTER

**FILED**
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ALEX YBARRA, ) | Case No. CV 08-3690-JSL (MLG) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| KEN CLARK, WARDEN, ) | |
| Respondent. ) | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: August 27, 2008

_Spencer Letts_
J. Spencer Letts
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY